George E. Cutler, appellant, v. R. A. Snapp et al., appellees.
   Action by commission merchant to recover for overdraft. Counterclaim by defendants. Judgment for defendants. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1917.

Affirmed. Opinion filed October 22, 1918. Rehearing denied April 3, 1919.

Cameron & Matson and R. Allan Stephens, for appellant. Charles Troup, for appellees.

Mr. Justice Graves delivered the opinion of the court.